UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**Manuel Maria Loja Loja**

    **V.**

                          **CIVIL ACTION NO. 1:26-cv-11826-MJJ**

**Moniz et al**

                         **ORDER OF DISMISSAL**

**JOUN, D.J.**

In accordance with Respondents' Status Report dated April 29, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

April 29, 2026

                                     /s/ Sophie Phillips
                                     --------------------------
                                   **Deputy Clerk**